IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SAGE BRUCE BUTLER,                )
                                  )
            Plaintiff,            )
                                  )   Civil No. 05-6204-TC
       v.                         )
                                  )   ORDER
LINCOLN COUNTY, OREGON;           )
DENNIS DOTSON; JAMES RUSSELL;     )
SANDRA BARKER; TY RAE RISEWICK;   )
and DOES 1-10, each in their      )
official and individual           )
capacities,                       )
                                  )
            Defendants.           )
_____)

Magistrate Judge Thomas M. Coffin filed his Findings and Recommendation on August 21, 2006. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982).

1    - ORDER

See also <u>Britt v. Simi Valley Unified School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles <u>de</u> <u>novo</u>, I find no error.

Accordingly, I ADOPT Judge Coffin's Findings and Recommendation. Defendants' motion for summary judgment (#27) is grant and this case is dismissed.

IT IS SO ORDERED.

DATED this __18th__ day of __SEPT.__, 2006.

                                               _Michael R. Hogan_
                                               UNITED STATES DISTRICT JUDGE

2    - ORDER